1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10
11  WILLIAM KIRKLAND,                    1:13-cv-02043 SAB (PC)
12              Plaintiff,
                                         ORDER TRANSFERRING CASE TO THE
13       v.                              CENTRAL DISTRICT OF CALIFORNIA
14  DONNA GARZA, et al.,
15              Defendant.
16

17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18  U.S.C. § 1983.
19       The federal venue statute requires that a civil action, other than one based on diversity
20  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
21  defendants reside in the same state, (2) a judicial district in which a substantial part of the events
22  or omissions giving rise to the claim occurred, or a substantial part of the property that is the
23  subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
24  there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
25       In this case, none of the defendants reside in this district.  The claim arose in San
26  Bernadino County, which is in the Central District of California.  Therefore, plaintiff's claim
27  should have been filed in the United States District Court for the Central District of California.  In
28  the interest of justice, a federal court may transfer a complaint filed in the wrong district to the

1

1 | correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
2 | 1974).
3 |     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
4 | States District Court for the Central District of California.
5 |
6 | IT IS SO ORDERED.
7 |     Dated:   **December 20, 2013**
  |                                             UNITED STATES MAGISTRATE JUDGE

2